

**FILED**
CLERK, U.S. DISTRICT COURT

May 21, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___D. Brown___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> IMMANUEL JOSE MESA, ) <br> ) <br> Defendant. ) | Case No.: 2:20-CR-00275-ODW <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CENTRAL District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

      ( )   information in the Pretrial Services Report and Recommendation

      ( )   information in the violation petition and report(s)

      ( )   the defendant's nonobjection to detention at this time

      ( )   other:

1

| | | |
|---|---|---|
| 1 | | and/ or |
| 2 | B. (X) | The defendant has not met his/her burden of establishing by clear and |
| 3 | | convincing evidence that he/she is not likely to pose a danger to the safety |
| 4 | | of any other person or the community if released under 18 U.S.C. |
| 5 | | § 3142(b) or (c). This finding is based on the following: |

      (X)    information in the Pretrial Services Report and Recommendation

      (X)    information in the violation petition and report(s)

      ( )    the defendant's nonobjection to detention at this time

      (X)    other: criminal history, including prior domestic violence convictions; multiple current allegations of domestic violence; allegation of violation of protective order; substance abuse

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: May 21, 2021

_____
KENLY KIYA KATO
United States Magistrate Judge